

# NUMBER 13-07-00669-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF M.H., ET AL., MINOR CHILDREN

On appeal from the 398th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

On October 22, 2007, appellant, Ricardo Torres, attempted to perfect an appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number CW-035-03-I. On October 26, 2007, the Clerk of this Court informed appellant that his notice of appeal was defective and requested correction of the defect within thirty days. *See* Tex. R. App. P. 25.1(d)(2),(6), 37.1. On January 15, the Clerk again contacted appellant because the defective notice of appeal had not been corrected. The Clerk notified appellant that the appeal would be dismissed if the defect was not corrected within

ten days.  Further, on January 16, 2008, the Clerk notified appellant that he was delinquent in paying his filing fees and that this appeal was subject to dismissal if the filing fees were not paid within 10 days from the date of receipt of this notice.  To date, appellant has neither corrected the defect in his notice of appeal nor paid his filing fees.

The Court, having examined and fully considered the documents on file, appellant's failure to comply with the appellate rules, and appellant's failure to respond to this Court's notices, is of the opinion that the appeal should be dismissed.  Accordingly, the appeal is hereby DISMISSED.  *See* TEX. R. APP. P. 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 17th day of April, 2007.